UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| DAVID BERNSTEIN, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:12-cv-59 |
| v. ) | |
| ) | Judge Mattice |
| CHATTANOOGA PUBLISHING ) | Magistrate Judge Carter |
| COMPANY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## **JUDGMENT**

This case came before the Court on the Defendants Motions to Dismiss. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motions,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 17th day of April, 2013.

                                                                              /s/ *Debra C. Poplin*
                                                                                   Debra C. Poplin
                                                                                CLERK OF COURT